MELVIN WITHROW, Defendant-Appellant, v. BOWEN WALKER, Plaintiff-Appellee.

(No. 73-203;

Fifth District—June 4, 1974.

PER CURIAM.

CREBS, J., took no part.

Charles W. Phillips, of Ridgway, for appellant.

Alton A. Greer, of Junction, for appellee.